# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) Favro, Gary L. | 2. Court or Organization U.S. District Court, Northern District of New York | 3. Date of Report 10/27/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge - Part Time | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☑ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

14 Durkee Street, Suite 360
Plattsburgh, New York 12901

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Law Offices of Gary L. Favro PLLC | Sole Member |
| 2. | CVPH Medical Center | Advisory Board Member |
| 3. | Glens Falls National Bank and Trust Company | Advisory Board Member |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 10/27/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Law Offices of Gary L. Favro PLLC | $311,573.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Plattsburgh City School District - wages - teacher |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 10/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Office Building Plattsburgh NY, Clinton County | E | Rent | M | W | | | | | |
| 2. Trust 1 GFNB Money Purchase Retirement Plan | | | | | | | | | |
| 3. - Black Rock | A | Dividend | L | T | | | | | |
| 4. - Fidelity High Income Fund | A | Dividend | J | T | | | | | |
| 5. - Fidelity Capital & Income Fund | A | Dividend | K | T | | | | | |
| 6. - North Country Intermediate Bond Fund | A | Dividend | L | T | | | | | |
| 7. - Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 8. - North Country Equity Growth Fund | A | Dividend | M | T | | | | | |
| 9. - Nuveen Preferred Securities -1 | A | Dividend | K | T | | | | | |
| 10. - Vanguard Mid Cap Index - Adm. | A | Dividend | K | T | | | | | |
| 11. - Vanguard Small Cap Index - Adm. | A | Dividend | J | T | | | | | |
| 12. - Vanguard 500 Index Fund - Adm. | A | Dividend | K | T | | | | | |
| 13. - Fidelity Overseas Fund | A | Dividend | J | T | | | | | |
| 14. - Vanguard Total - International Stock Index - Adm. | A | Dividend | J | T | | | | | |
| 15. Blackrock Liquid Fund Tempfund | A | Dividend | K | T | Sold | 01/20/15 | K | B | Trust 1 Retirement Plan |
| 16. Vanguard 500 Index Fund | A | Dividend | K | T | Buy | 01/20/15 | K | | Trust 1 Retirement Plan |
| 17. Blackrock Liquid Fund Tempfund | A | Dividend | K | T | Buy | 04/13/15 | K | | Trust 1 Retirement Plan |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 10/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Blackrock Liquid Fund Tempfund | A | Dividend | | | Sold | 04/16/15 | K | B | Trust 1 Retirement Plan |
| 19. North Country Intm Bond Fund | A | Dividend | J | T | Buy | 04/16/15 | K | | Trust 1 Retirement Plan |
| 20. Nuveen Preferred Security | A | Dividend | J | T | Buy | 04/16/15 | J | | Trust 1 Retirement Plan |
| 21. Vanguard Mid Cap Index | A | Dividend | J | T | Buy | 04/16/15 | J | | Trust 1 Retirement Plan |
| 22. T Rowe Price Growth Stock | A | Dividend | J | T | Buy | 04/16/15 | J | | Trust 1 Retirement Plan |
| 23. North Country Equity Growth Fund | A | Dividend | K | T | Buy | 04/16/15 | K | | Trust 1 Retirement Plan |
| 24. Dodge & Cox Stock Fund | A | Dividend | J | T | Buy | 04/16/15 | J | | Trust 1 Retirement Plan |
| 25. Dodge & Cox Stock Fund | A | Dividend | | | Sold | 05/19/15 | K | B | Trust 1 Retirement Plan |
| 26. Fidelity Overseas Fund | A | Dividend | K | T | Buy | 05/19/15 | K | | Trust 1 Retirement Plan |
| 27. Fidelity Capital & Income Fund | A | Dividend | | | Sold | 08/03/15 | K | A | Trust 1 Retirement Plan |
| 28. Vanguard High Yield Corp. | A | Dividend | | T | Buy | 08/03/15 | J | | Trust 1 Retirement Plan |
| 29. Vanguard High Yield Corp. | A | Dividend | J | T | Buy | 08/03/15 | K | | Trust 1 Retirement Plan |
| 30. Blackrock Liquid Fund Tempfund | A | Dividend | | | Sold | 11/04/15 | J | A | Trust 1 Retirement Plan |
| 31. Nuveen Preferred Security | A | Dividend | | | Sold | 11/04/15 | K | B | Trust 1 Retirement Plan |
| 32. Vanguard 500 Index Fund | A | Dividend | | | Sold | 11/04/15 | K | A | Trust 1 Retirement Plan |
| 33. T Rowe Price Growth Stock | A | Dividend | | | Sold | 11/04/15 | J | A | Trust 1 Retirement Plan |
| 34. Vanguard High Yield Corp. | A | Dividend | J | T | Buy | 11/04/15 | J | | Trust 1 Retirement Plan |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 10/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. North Country Intm Bond Fund | A | Dividend | K | T | Buy | 11/04/15 | K | | Trust 1 Retirement Plan |
| 36. Vanguard Mid Cap Index | A | Dividend | J | T | Buy | 11/04/15 | J | | Trust 1 Retirement Plan |
| 37. North Country Equity Growth Fund | A | Dividend | J | T | Buy | 11/04/15 | J | | Trust 1 Retirement Plan |
| 38. Fidelity Overseas Fund | A | Dividend | J | T | Buy | 11/04/15 | J | | Trust 1 Retirement Plan |
| 39. Blackrock Liquid Fund Tempfund | A | Dividend | K | T | Buy | 12/16/15 | K | | Trust 1 Retirement Plan |
| 40. Vanguard High Yield Corp. | A | Dividend | | | Sold | 12/16/15 | K | B | Trust 1 Retirement Plan |
| 41. Pimco Low Duration Fund | A | Dividend | K | T | Buy | 12/16/15 | J | | Trust 1 Retirement Plan |
| 42. Blackrock Liquid Fund Tempfund | A | Dividend | | | Sold | 12/23/15 | K | B | Trust 1 Retirement Plan |
| 43. North Country Intm Bond Fund | A | Dividend | | | Sold | 12/23/15 | J | A | Trust 1 Retirement Plan |
| 44. Pimco Low Duration Fund | A | Dividend | J | T | Buy | 12/23/15 | J | | Trust 1 Retirement Plan |
| 45. North Country Equity Growth Fund | A | Dividend | K | T | Buy | 12/23/15 | K | | Trust 1 Retirement Plan |
| 46. MetLife Universal Life Ins. Policy | B | Dividend | L | T | | | | | |
| 47. GFNB Bank Accounts | B | Interest | N | T | | | | | |
| 48. DFCU IRA & Share accounts | A | Interest | J | T | | | | | |
| 49. Trust 2 HR-10 Keogh Reitrement Plan Lincoln Trust | | | | | | | | | |
| 50. - American Funds: Growth Fund of America | C | Dividend | K | T | | | | | |
| 51. - American Funds: New Perspective | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 10/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - American Funds: Investment Company of America | C | Dividend | K | T | | | | | |
| 53. - American Funds: Washington Mutual | C | Dividend | L | T | | | | | |
| 54. - Eaton Vance Worldwide | A | Dividend | K | T | | | | | |
| 55. - Franklin Templeton Global Bond | B | Dividend | K | T | | | | | |
| 56. Abbott Labs | A | Dividend | J | T | | | | | |
| 57. Arbuie | A | Dividend | J | T | | | | | |
| 58. AT&T | A | Dividend | J | T | | | | | |
| 59. Colgate | A | Dividend | J | T | | | | | |
| 60. Facebook | A | Dividend | J | T | | | | | |
| 61. General Electric | A | Dividend | J | T | | | | | |
| 62. Kellogg | A | Dividend | J | T | | | | | |
| 63. Microsoft | A | Dividend | J | T | | | | | |
| 64. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 65. Southern Co. | A | Dividend | L | T | | | | | |
| 66. United Health | A | Dividend | K | T | | | | | |
| 67. Verizon | A | Dividend | K | T | | | | | |
| 68. Broker Cash: Lincoln Trust | A | Interest | | | Sold | 01/14/15 | K | A | Trust 2 Retirement Plan |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 10/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Prudential Premier Retirement variable annuity series B | E | Dividend | N | T | | | | | |
| 70. Pacific Life Pacific Voyages Annuity | D | Dividend | M | T | | | | | |
| 71. Columbia Property Trust Inc. | A | Dividend | K | T | | | | | |
| 72. Inland America American Real Estate Inc | A | Dividend | L | T | | | | | |
| 73. Community Bank | A | Interest | K | T | | | | | |
| 74. NBT Bank | A | Interest | K | T | | | | | |
| 75. Google A | A | Dividend | K | T | | | | | |
| 76. Google C | A | Dividend | K | T | | | | | |
| 77. Google | A | Dividend | J | T | Buy | 01/14/15 | J | | Retirement Plan |
| 78. Apple | A | Dividend | J | T | Buy | 01/14/15 | J | | Retirement Plan |
| 79. Eaton Vance Worldwide Health | A | Dividend | J | T | Buy | 01/14/15 | J | | Retirement Plan |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 10/27/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III A: Compensation from law practice for legal services rendered to various clients before payment of taxes and pension contribution.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gary L. Favro**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544